

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ex parte Sanchez

Appellate case number:    01-16-00180-CR
                          01-16-00181-CR

Trial court case number:  14-DCR-067551
                          14-DCR-067552

Trial court:              268th District Court of Fort Bend County

      It is ordered that the motion to brief is **GRANTED**.  The State of Texas shall file a brief by May 5.

      It is so **ORDERED**.

Judge's signature: /s/ Jane Bland
      ☒ Acting individually    ☐ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown

Date: April 7, 2016